FILED
5/17/17 3:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-20334-GLT |
| Louis M. Comport | : | Chapter 13 |
| Kristen A. Comport, | : | |
| *Debtor* | : | |
| | : | |
| Louis M. Comport | : | |
| Kristen A. Comport, | : | Related to Docket No. 33 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial LLC, | : | |
| *Respondent* | : | |

### ORDER OF COURT

AND NOW, to wit, this __17th Day of May_____, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that the Debtors, Louis and Kristen Comport are granted permission to participate in the Loss Mitigation Program having filed a late Request for Loss Mitigation.

Prepared by: __Kenneth Steidl, Esq.

**DEFAULT ENTRY**

Dated: May 17, 2017

_____
Gregory J. Taddonio    **drb**
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Louis M. Comport  
Kristen A. Comport  
    Debtors

Case No. 17-20334-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: May 17, 2017  
                     Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2017.
```
db/jdb         +Louis M. Comport,   Kristen A. Comport,   5601 Aiken Road,   Mc Kees Rocks, PA 15136-1205
14356833       +Ditech Financial,   c/o KML Law Group,   Mellon Independence Center,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14356834        E-mail/Text: bankruptcy.bnc@ditech.com May 18 2017 01:01:29      Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
14423035        E-mail/Text: bankruptcy.bnc@ditech.com May 18 2017 01:01:29
                 Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
                                                                                               TOTAL: 2
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2017 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Montour School District/Borough of Robinson
               jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor Louis M. Comport julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Kenneth Steidl    on behalf of Joint Debtor Kristen A. Comport julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 8
```