IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 17-20334-GLT |
|    Louis M. Comport | : | Chapter 13 |
|    Kristen A. Comport, | : | |
|         *Debtor* | : | Docket No. 43 |
| | : | |
|    Louis M. Comport | : | |
|    Kristen A. Comport, | : | |
|         *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| Ditech Financial LLC, | : | |
|         *Respondent* | : | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on May 21, 2017, a true and correct copy of the *LOSS MITIGATION ORDER* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Ditech Financial LLC
PO Box 6154
Rapid City, SD 57709

Ditech Financial LLC
Attn: Keith Anderson, President
1100 Virginia Drive
Suite 100A
Fort Washington, PA 19034

Louis M. Comport
Kristen A. Comport
5601 Aiken Road
McKees Rocks, PA 15136

Date of Service:   May 21, 2017   /s/ Jessica Barlow_____
Jessica Barlow
Paralegal
STEIDL & STEINBERG
28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
jbarlow@steidl-steinberg.com