# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | LOUIS M. & KRISTEN A. COMPORT |
| Case Number: | 17-20334-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, MAY 18, 2017 01:30 PM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
5/23/17 12:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#30- Amended Plan Dated: 4/7/2017 (N)
R / M #: 30 / 0

### *Appearances:*

Debtor: A. Staid[?]
Trustee: Winnecour / Bedford / Pail / Katz (Katz circled)
Creditor:

*Debtor admitted into Late LMP —*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/3/17 at 1:00 pm.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/12/2017    8:15:27AM