# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | LOUIS M. & KRISTEN A. COMPORT |
| **Case Number:** | 17-20334-GLT    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 03, 2017 01:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/7/17 1:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#30 - Continued Confirmation of Plan Dated 4/7/2017 (N)
R / M #:  30 / 0

### *Appearances:*

Debtor:    J Steidl

Trustee: Winnecour / (Bedford) Pail / Katz

Creditor:
    LMP

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✔ Plan/Motion continued to _11-16-17_ at _9:00_.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: