# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | LOUIS M. & KRISTEN A. COMPORT |
| Case Number: | 17-20334-GLT    Chapter: 13 |
| Date / Time / Room: | THURSDAY, NOVEMBER 16, 2017 09:00 AM    3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#30 - Continued Confirmation of Plan Dated 4/7/2017 (N)
R / M #: 30 / 0

**Appearances:**

K. Steidl

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

**Proceedings:**

Outcome:

Counsel/Debtor have no defense
Trustee consents

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. __✓__ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

Very poor payment history
Plan not feasible

RECEIVED 2017 NOV 20 A 9:01 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

11/8/2017    2:36:12PM