Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Louis M. Comport** : | Case No. 17−20334−GLT |
| **Kristen A. Comport** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | Related dkt. No. 57 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 19th of December, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                          Case No. 17-20334-GLT
Louis M. Comport                                                Chapter 13
Kristen A. Comport
       Debtors                    CERTIFICATE OF NOTICE

District/off: 0315-2          User: hthu              Page 1 of 2              Date Rcvd: Dec 19, 2017
                              Form ID: 309            Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 21, 2017.
db/jdb         +Louis M. Comport,   Kristen A. Comport,   5601 Aiken Road,   Mc Kees Rocks, PA 15136-1205
cr             +Montour School District/Borough of Robinson,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA  15219,
                 UNITED STATES 15219-6101
cr              New Penn Financial, LLC d/b/a Shellpoint Mortgage,    P.O. Box 10675,
                 Greenville, SC  29603-0675
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14356832        Direct TV,   c/o American Infosource,   PO Box 5008,   Carol Stream, IL 60197-5008
14356833       +Ditech Financial,   c/o KML Law Group,   Mellon Independence Center,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14356835       +Montour School District & Robinson Twp,   c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,   Pittsburgh, PA 15219-6101
14395631       +Montour School District/Township of Robinson,    Goehring, Rutter & Boehm,
                 c/o Jeffrey R. Hunt, Esquire,   437 Grant Street, 14th Floor,   Frick Building,
                 Pittsburgh, PA 15219-6101
14666225        New Penn Financial, LLC,    d/b/a Shellpoint Mortgage Servicing,   P.O. Box 10675,
                 Greenville, SC 29603-0675
14356836       +Pennsylvania Higher Education,   Assistance Agency,    PO Box 8147,   Harrisburg, PA 17105-8147
14356838       +West Aircomm Federal Credit Union,    485 Buffalo Street,   Beaver, PA 15009-2098

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14356828        EDI: GMACFS.COM Dec 20 2017 01:23:00     Ally Financial,   PO Box 130424,
                 Roseville, MN 55113-0004
14356829       +E-mail/Text: ACF-EBN@acf-inc.com Dec 20 2017 01:25:48     Atlantic Credit & Finance,
                 PO Box 13386,   Roanoke, VA 24033-3386
14356830        EDI: CAPITALONE.COM Dec 20 2017 01:23:00     Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
14356834        E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2017 01:25:52     Ditech Financial LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
14423035        E-mail/Text: bankruptcy.bnc@ditech.com Dec 20 2017 01:25:52
                 Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14520502       +E-mail/Text: kburkley@bernsteinlaw.com Dec 20 2017 01:26:17     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14376641        EDI: ECMC.COM Dec 20 2017 01:23:00     ECMC,   PO BOX 16408,   St Paul, MN 55116-0408
14356837        EDI: PRA.COM Dec 20 2017 01:23:00     Portfolio Recovery Associates,   P.O. Box 12914,
                 Norfolk, VA 23541
14368056       +EDI: PRA.COM Dec 20 2017 01:23:00     PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14387190       +EDI: RESURGENT.COM Dec 20 2017 01:23:00     St Petersburg General Hospital,
                 Resurgent Capital Services,   PO Box 1927,   Greenville, SC 29602-1927
14375602        EDI: WFFC.COM Dec 20 2017 01:23:00     Wells Fargo Bank, N.A., d/b/a WFDS,   P.O. Box 19657,
                 Irvine, CA 92623-9657
                                                                                             TOTAL: 11

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ditech Financial LLC
cr              Duquesne Light Company
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14360688*       Ally Financial,   PO Box 130424,   Roseville MN 55113-0004
14356831*      +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
14415823*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541)
                                                                              TOTALS: 2, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2          User: hthu                Page 2 of 2              Date Rcvd: Dec 19, 2017
                              Form ID: 309              Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor   Montour School District/Borough of Robinson
               jhunt@grblaw.com,   cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Joint Debtor Kristen A. Comport julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Kenneth Steidl    on behalf of Debtor Louis M. Comport julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8
```