**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LOUIS M. COMPORT<br>KRISTEN A. COMPORT<br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-20334 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/31/2017 and confirmed on 01/01/1900 . The case was subsequently (E)DISMISSED PRIOR TO CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 3,100.00 |
| Less Refunds to Debtor | 2,965.80 | |
| TOTAL AMOUNT OF PLAN FUND | | 134.20 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 134.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 134.20 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP(<br>    Acct: 0099 | 0.00 | 0.00 | 0.00 | 0.00 |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP(<br>    Acct: 0099 | 24,795.27 | 0.00 | 0.00 | 0.00 |
|   NEW PENN FINANCIAL LLC D/B/A SHELLP(<br>    Acct: 0099 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ALLY FINANCIAL(*)<br>    Acct: 2391 | 16,251.64 | 0.00 | 0.00 | 0.00 |
|   WELLS FARGO BANK NA D/B/A WELLS F/<br>    Acct: 3417 | 2,003.45 | 0.00 | 0.00 | 0.00 |
| | \*\*\*NONE\*\*\* | | | |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LOUIS M. COMPORT<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   STEIDL & STEINBERG<br>    Acct: | 3,200.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| ALLEGHENY COUNTY DEPT OF COURT RE<br>Acct: 1448 | 0.00 | 0.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG<br>Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
| LOUIS M. COMPORT<br>Acct: | 2,965.80 | 2,965.80 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT RE<br>Acct: 6404 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT RE<br>Acct: 0291 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT RE<br>Acct: 2923 | 0.00 | 0.00 | 0.00 | 0.00 |
| MONTOUR SD & ROBINSON TOWNSHIP (E<br>Acct: XXXXX1053 | 2,953.12 | 0.00 | 0.00 | 0.00 |
| | \* \* \* N O N E \* \* \* | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY\*<br>Acct: 5378 | 119.99 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC\*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SYNCHRONY BANK<br>Acct: XXXXXPRAE | 0.00 | 0.00 | 0.00 | 0.00 |
| ATLANTIC CREDIT & FINANCE INC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 6623 | 1,677.25 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 2707 | 1,268.26 | 0.00 | 0.00 | 0.00 |
| DIRECTV (\*) - TRUSTEE PAYMENTS<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SUNTRUST BANK<br>Acct: 1053 | 1,484.09 | 0.00 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES, LLC<br>Acct: 4761 | 824.47 | 0.00 | 0.00 | 0.00 |
| ST PETERSBURG GENERAL HOSPITAL<br>Acct: 5362 | 100.00 | 0.00 | 0.00 | 0.00 |
| | \* \* \* N O N E \* \* \* | | | |
| TOTAL PAID TO CREDITORS | | | | 0.00 |

TOTAL CLAIMED
PRIORITY            2,953.12
SECURED            43,050.36
UNSECURED           5.474.06

Date: 01/23/2018                                        /s/ Ronda J. Winnecour
                                                        RONDA J WINNECOUR PA ID #30399
                                                        CHAPTER 13 TRUSTEE WD PA
                                                        600 GRANT STREET
                                                        SUITE 3250 US STEEL TWR
                                                        PITTSBURGH, PA  15219
                                                        (412) 471-5566
                                                        cmecf@chapter13trusteewdpa.com